FILED

OCT 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHANIE CLIFFORD, AKA Stormy Daniels,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>DONALD J. TRUMP,<br><br>        Defendant-Appellee. | No. 18-56351<br><br>D.C. No. 2:18-cv-06893-SJO-FFM<br>Central District of California, Los Angeles<br><br>ORDER |

Before: THOMAS, Chief Judge, and WARDLAW and NGUYEN, Circuit Judges.

Appellee's motion for attorneys' fees on appeal is GRANTED. The determination of an appropriate amount of fees is referred to the Appellate Commissioner, who shall conduct whatever proceedings he deems appropriate, and who shall have authority to enter an order awarding fees. *See* 9th Cir. R. 39-1.9. The order is subject to reconsideration by the panel. *Id.*

IT IS SO ORDERED.

Panel